**Electronically Filed
Supreme Court
SCWC-18-0000521
06-OCT-2020
11:49 AM**

SCWC-18-0000521

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

BEVERLY KANANI ESTRADA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000521; CASE NO. 1DTA-17-02191)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson JJ., and
Circuit Judge Nacino, due to vacancy)

Petitioner/Defendant-Appellant Beverly Kanani Estrada's application for writ of certiorari filed on August 26, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 6, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Edwin C. Nacino

